# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3                              No. 1:18-cv-10524-WGY

 4

 5   DESKTOP METAL, INC.,
              Plaintiff
 6

 7   vs.

 8

 9   MARKFORGED, INC., et al,
              Defendants
10

11                      *********

12

13               For Hearing Before:
                Judge William G. Young
14

15             Preliminary Injunction

16
                 United States District Court
17               District of Massachusetts (Boston.)
                 One Courthouse Way
18               Boston, Massachusetts 02210
                 Thursday, April 12, 2018
19

20                      *******

21

22       REPORTER: RICHARD H. ROMANOW, RPR
                 Official Court Reporter
23            United States District Court
       One Courthouse Way, Room 5510, Boston, MA 02210
24              bulldog@richromanow.com

25
```

```
 1                     A P P E A R A N C E S

 2

 3   CHARLES H. SANDERS, ESQ.
     WILLIAM J. TRACH, ESQ.
 4      Latham & Watkins, LLP
        John Hancock Tower, 27th Floor
 5      200 Clarendon Street
        Boston, Massachusetts 02116
 6      (617) 948-6022
        E-mail: Charles.sanders@lw.com
 7      For Plaintiff

 8

 9   STEVEN CHERNY, ESQ.
     HARVEY J. WOLKOFF, ESQ.
10   JEREMY BALDONI, ESQ.
     ALIKI SOFIS, ESQ.
11   PATRICK D. CURRAN, ESQ.
        Quinn Emanuel Urquhart & Sullivan, LLP
12      51 Madison Avenue, Floor 22
        New York, New York 10010
13      (212) 849-7000
        Email: Stevencherny@quinnemanuel.com
14      For Defendant Markforged, Inc.

15

16   ERIC G. J. KAVIAR, ESQ.
        Burns & Levinson, LLP
17      125 Summer Street
        Boston, Massachusetts 02110
18      (617) 345-3000
        Email: Ekaviar@burnslev.com
19      For Defendant Matiu Parangi

20

21

22

23

24

25
```

1        Sir?
2              MR. KAVIAR:  Your Honor, um, I'm not at a firm
3   currently where there's an army of associates I can
4   employ in this case, you're looking at an army of one
5   for my individual claim, Mr. Parangi.
6              THE COURT:  All right.
7              MR. KAVIAR:  And frankly, your Honor, I'm not
8   prepared to go to trial on this case in three months.
9              THE COURT:  Look, recognizing that you're
10  representing an individual, um, they'll help you out.
11             MR. KAVIAR:  I'm not sure, your Honor.
12  There's seven claims aimed against him, three of which
13  are not aimed against a corporation.  We're not a part
14  of the patent case, your Honor --
15             THE COURT:  I can -- I'll have to sort that
16  out at the time of the final pretrial conference.
17             MR. KAVIAR:  If your Honor will --
18             THE COURT:  It's on the running trial list for
19  July.
20         Now let's talk about preliminary matters.  First
21  of all, the complete discovery by agreement, both sides
22  -- I'm fascinated that there may be a trade secret
23  counterclaim here, and if there is, um, I want the trade
24  secrets, if they can be described in a sealed ruling --
25  a sealed filing, but I want them described to the level

```
 1    of the exquisite detail of a patent claim.  Now I'm not
 2    going anywhere between now and July, so I will ride herd
 3    on this, but I expect complete agreement in working this
 4    case up to trial.  I expect you, by the end of next week
 5    -- I'm looking at the defense now, to have a responsive
 6    pleading here, and we'll go from there.  It's on the
 7    running trial list for July.
 8         If there are parts of it that it makes sense --
 9    well, I don't want to invite this, but makes sense to
10    spin off, I will consider that, but of course the entire
11    goal here is, as Rule 1 says, the "just, speedy, and
12    inexpensive resolution of every claim."  So that's what
13    we're going to try to do.
14         Is there something else I should do this morning?
15    We'll start with the plaintiff.
16              MR. SANDERS:  Your Honor, just a question
17    about -- on the July trial list, due to the July 4th
18    holiday, when does that start?
19              THE COURT:  Um, well the earliest that, um --
20    well, we obviously don't sit on the 4th.  I don't know
21    my own schedule in July.  Let me -- that's a very good
22    question.  Let me talk to the Clerk a minute.
23              (Pause.)
24              THE COURT:  All right, that's an excellent
25    question.
```