UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC.,<br><br>*Plaintiff and Counterclaim Defendant,*<br><br>v.<br><br>MARKFORGED, INC. AND MATIU PARANGI,<br><br>*Defendants and Counterclaim Plaintiff (Markforged, Inc.),*<br><br>v.<br><br>RICARDO FULOP, JOHAH MYERBERG, BOSTON IMPACT LLC and AMY BUNTEL,<br><br>*Third-Party Defendants.* | Civil Action No. 1:18-cv-10524-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2, please enter the appearance of Russell Beck of Beck Reed Riden LLP as counsel for Third-Party Defendants Jonah Myerberg, Boston Impact LLC, and Amy Buntel in the above-captioned matter.

                    Respectfully submitted,

                    JONAH MYERBERG, BOSTON IMPACT LLC,
                    and AMY BUNTEL,

                    By their attorneys,

                    */s/ Russell Beck*
                    Russell Beck, BBO No. 561031
                      rbeck@beckreed.com
                    Laura M. Raisty, BBO No. 640400
                      lraisty@beckreed.com

Hannah T. Joseph, BBO No. 688132
*hjoseph@beckreed.com*
Lauren C. Schaefer, BBO No. 696628
*lschaefer@beckreed.com*
BECK REED RIDEN LLP
155 Federal Street, Suite 1302
Boston, MA 02110
Telephone: (617) 500-8660
Facsimile: (617) 500-8665

Dated: April 30, 2018

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the CM/ECF system on April 30, 2018, and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants have been served this day by mail.

*/s/ Russell Beck*
Russell Beck