# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC., <br> *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> MARKFORGED, INC. AND MATIU PARANGI, <br><br> *Defendants and Counterclaim Plaintiff (Markforged, Inc.)*, <br><br> v. <br><br> RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, <br><br> *Third-Party Defendants.* | **Civil Action No. 1:18-CV-10524-WGY** <br><br> **ORAL ARGUMENT REQUESTED** |

### MARKFORGED, INC.'S AND MATIU PARANGI'S MOTION TO SYNCHRONIZE THE DISCOVERY AND TRIAL SCHEDULE

Defendant and Counterclaim Plaintiff Markforged, Inc. ("Markforged") and Defendant Matiu Parangi (collectively, "Defendants") hereby respectfully request that this Court synchronize the discovery and trial schedule of the Third-Party Defendants with the schedule governing Plaintiff Desktop Metal, Inc.'s ("Desktop Metal") and Defendants and Counterclaim Plaintiff's claims and counterclaims. Synchronization of the schedule is necessary to avoid prejudicing Markforged with two trials on the same facts, which apart from the added expense and lack of judicial economy, would raise complicated issues of res judicata and collateral

estoppel, and impinge upon Markforged's Seventh Amendment right to a trial by jury. Synchronizing the schedule also is in accord with Federal Rule of Civil Procedure 1, as it would promote the just, speedy, and efficient resolution of all parties' claims. For the foregoing reasons, which are more fully explicated in the accompanying memorandum of law, Defendants respectfully request that this Court grant their motion.

*Respectfully submitted*,

Dated: May 7, 2018
/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO# 532880)
Patrick D. Curran (BBO# 568701)
Aliki Sofis (BBO# 675777)
Kaitlyn M. O'Connor (BBO# 687527)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
patrickcurran@quinnemanuel.com
alikisofis@quinnemanuel.com
kaitoconnor@quinnemanuel.com

Steven Cherny (*pro hac vice*)
James Baker (*pro hac vice*)
Elinor Sutton (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
Brendan Carroll (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stevencherny@quinnemanuel.com
jamesbaker@quinnemanuel.com
elinorsutton@quinnemanuel.com
jeremybaldoni@quinnemanuel.com
brendancarroll@quinnemanuel.com

*Attorneys for Markforged, Inc.*

/s/ *Eric G. J. Kaviar*
Howard J. Susser (BBO# 636183)
hsusser@burnslev.com
Eric G. J. Kaviar (BBO# 670833)
ekaviar@burnslev.com
Laura Carrol (BBO# 076180)
lcarroll@burnslev.com
BURNS & LEVINSON LLP
125 Summer Street, Boston, MA 02110
(617) 345-3000

*Attorneys for Mr. Matiu Parangi*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon attorneys of record on May 7, 2018.

/s/ *Aliki Sofis*

## LOCAL RULE 7.1 CERTIFICATION

I certify that Markforged, Inc. and Matiu Parangi have complied with the provisions of Local Rule 7.1 by meeting and conferring with counsel for Desktop Metal, Inc., Ricardo Fulop, Jonah Myerberg, Boston Impact, LLC, and Amy Buntel on May 7, 2018.  The parties were unable to agree with respect to the issues raised in the Motion and are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ *Kaitlyn M. O'Connor*