# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DESKTOP METAL, INC., <br><br> *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> MARKFORGED, INC. AND MATIU PARANGI, <br><br> *Defendants and Counterclaim Plaintiff (Markforged, Inc.)*, <br><br> v. <br><br> RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, <br><br> *Third-Party Defendants.* | **Civil Action No. 1:18-CV-10524-WGY** <br><br> **ORAL ARGUMENT REQUESTED** |

**MARKFORGED, INC.'S MOTION TO COMPEL THE THIRD-PARTY DEFENDANTS TO COMPLY WITH ITS DISCOVERY REQUESTS**

Defendant and Counterclaim Plaintiff Markforged, Inc. ("Markforged") hereby moves to compel the Third-Party Defendants to comply with its discovery requests. Markforged issued requests for production of documents to the Third-Party Defendants Ricardo Fulop, Jonah Myerberg, Boston Impact LLC and Amy Buntel on April 24, 2018, and sought production in response to those requests by May 8, 2018. On May 8, the Third-Party Defendants informed Markforged for the first time that they would not comply with the discovery.

For the reasons more fully explained in the accompanying Memorandum of Law, Markforged hereby moves to compel the Third-Party Defendants to produce the requested documents no later than May 11, 2018[1] or 72 hours in advance of their respective depositions, so that fact depositions can be completed in advance of the May 25, 2018 deadline.

---

[1] May 11, 2018 is the deadline for substantial document production as between Desktop Metal and Markforged, pursuant to this Court's Scheduling Order. (Dkt. No. 38).

*Respectfully submitted*,

| | |
|---|---|
| Dated: May 9, 2018 | /s/ *Harvey J. Wolkoff*<br>Harvey J. Wolkoff (BBO# 532880)<br>Aliki Sofis (BBO# 675777)<br>Patrick D. Curran (BBO# 568701)<br>Kaitlyn M. O'Connor (BBO# 687527)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>harveywolkoff@quinnemanuel.com<br>patrickcurran@quinnemanuel.com<br>alikisofis@quinnemanuel.com<br>kaitoconnor@quinnemanuel.com<br><br>Steven Cherny (*pro hac vice*)<br>James Baker (*pro hac vice*)<br>Elinor Sutton (*pro hac vice*)<br>Jeremy Baldoni (*pro hac vice*)<br>Brendan Carroll (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>stevencherny@quinnemanuel.com<br>jamesbaker@quinnemanuel.com<br>elinorsutton@quinnemanuel.com<br>jeremybaldoni@quinnemanuel.com<br>brendancarroll@quinnemanuel.com<br><br>*Attorneys for Markforged, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record on May 9, 2018.

/s/ *Aliki Sofis*

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Markforged, Inc. has complied with the provisions of Local Rule 7.1 by meeting and conferring with counsel for Ricardo Fulop, Jonah Myerberg, Boston Impact, LLC and Amy Buntel on May 9, 2018.  The parties were unable to agree with respect to the issues raised in the Motion and are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ *Aliki Sofis*