# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC.,<br><br>*Plaintiff and*<br>*Counterclaim Defendant,*<br><br>v.<br><br>MARKFORGED, INC. AND MATIU PARANGI,<br><br>*Defendants and*<br>*Counterclaim Plaintiff*<br>*(Markforged, Inc.),*<br><br>v.<br><br>RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL,<br><br>*Third-Party Defendants.* | **Civil Action No. 1:18-CV-10524-WGY**<br><br>**ORAL ARGUMENT REQUESTED** |

## MARKFORGED, INC.'S MEMORANDUM IN SUPPORT OF ITS MOTION TO COMPEL THE THIRD-PARTY DEFENDANTS TO COMPLY WITH ITS DISCOVERY REQUESTS

Defendant and Counterclaim Plaintiff Markforged, Inc. ("Markforged") moves to compel the Third-Party Defendants to comply with its discovery requests—which were served on April 24, 2018—and produce the requested documents no later than May 11, 2018[1] or 72 hours in advance of their respective depositions.

---

[1]  May 11, 2018 is the deadline for substantial document production as between Desktop Metal and Markforged, pursuant to this Court's Scheduling Order.  (Dkt. No. 38).

This Motion to Compel is brought because the Third-Party Defendants have refused to comply with Markforged's document requests on a timely basis.  As the Court is aware, Third-Party Defendants are Desktop Metal's co-founders and key executives and shareholders, Ric Fulop and Jonah Myerberg, as well as a key employee, Amy Buntel.  Indeed, Fulop and Myerberg are Desktop Metal's CEO and CTO, respectively—they call the shots when it comes to running their company and to filing this lawsuit against Markforged.  Their interests and actions completely align with Desktop Metal's.  Indeed, at the initial hearing on April 12, 2018—when Markforged previewed its counterclaims—it was Desktop Metal's counsel who requested an expedited trial date in May 2018.  (*See* Exhibit A at Hrg. Tr. 5:23-6:2 (Apr. 12, 2018)).  Fulop is represented by that same counsel—Latham & Watkins LLP.

Additionally, as detailed in Markforged's Motion to Synchronize the Discovery and Trial Schedule (Dkt. No. 79), Markforged's counterclaims against Desktop Metal and its third-party claims against Fulop, Myerberg, Myerberg's company Boston Impact LLC, and Amy Buntel are one and the same: they arise out of the same nucleus of facts, involve the same evidence, and require the same witnesses.  The Third-Party Defendants will be called as witnesses.  Their bad acts will be considered by the jury as part of Markforged's counterclaims and affirmative defenses against Desktop Metal.  Their attempts to delay discovery in order to silo that portion of the case and leave Markforged unable to fully defend itself at trial should not be allowed.

On April 24, 2018, Markforged issued Requests for Production to all the Third-Party Defendants, requesting any response and production by May 8, 2018.  At 6:11 p.m. on May 8, counsel for Third-Party Defendants Myerberg, Buntel and Boston Impact, LLC, emailed counsel for Markforged stating that it would not comply with the discovery.  (*See* Exhibit B).  A few minutes later, counsel for Desktop Metal <u>and</u> Ric Fulop emailed counsel for Markforged and

similarly stated that Fulop also would not comply.  (*See* Exhibit C).  Third Party Defendants' position is that they "are not subject to the expedited schedule in this matter" and Markforged's request is "inappropriate, and Markforged's service of these Requests is premature."  (*Id.*).  No alternative date for compliance or production was provided.  Despite knowing that fact discovery closes on May 25, 2018, (Dkt. No. 38), and that each of their depositions already had been noticed in advance of that date, (*see* Exhibit D), the Third-Party Defendants' positions is that they would be producing documents well after the close of fact discovery and after their own depositions were completed.

Desktop Metal's latest attempt, this time through the Third-Party Defendants, to gain an expedited trial for its claims—while pushing off Markforged's claims to a later date—should not be allowed.  This is precisely the type of gamesmanship that this Court cautioned against during last week's hearing: "I'm not going to let anyone drag their feet.  And if there's any foot-dragging or obstructionism, I can issue preclusion orders that will wipe that out of the case."  (*See* Exhibit E at Hrg. Tr. 11:19-22 (May 3, 2018)).  These Third-Party Defendants know the unlawful activities in which they engaged, and those unlawful acts form the basis of Markforged's counterclaims and affirmative defenses.  The same discovery will be taken here as would be in the Third-Party litigation.  Moreover, Fulop and Myerberg had knowledge of their own unclean hands and bad acts underlying and arising out of Desktop Metal's claims and should not be allowed to shield themselves and the company they co-founded by refusing to produce their personal documents in advance of their depositions.  Such personal documents, including emails and text messages, are especially important where, as here, many of the unlawful actions at issue occurred by and through Fulop and Myerberg in advance of Desktop Metal's incorporation on August 25, 2015.  This delay should not be allowed by the Court.

## <u>CONCLUSION</u>

Markforged should not be prejudiced by the Third-Party Defendants' delay.  It should be provided full discovery on its claims, on a timely basis, and in advance of the Third-Party Defendants' depositions.  For all the foregoing reasons, Markforged respectfully requests that its Motion be granted, and that the Third-Party Defendants be ordered to complete production of documents responsive to Markforged's requests by May 11, 2018 or 72 hours in advance of their respective depositions.

*Respectfully submitted,*

Dated: May 9, 2018

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO# 532880)
Patrick D. Curran (BBO# 568701)
Aliki Sofis (BBO# 675777)
Kaitlyn M. O'Connor (BBO# 687527)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
patrickcurran@quinnemanuel.com
alikisofis@quinnemanuel.com
kaitoconnor@quinnemanuel.com

Steven Cherny (*pro hac vice*)
James Baker (*pro hac vice*)
Elinor Sutton (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
Brendan Carroll (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stevencherny@quinnemanuel.com
jamesbaker@quinnemanuel.com
elinorsutton@quinnemanuel.com
jeremybaldoni@quinnemanuel.com
brendancarroll@quinnemanuel.com

*Attorneys for Markforged, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record on May 9, 2018.

/s/ *Aliki Sofis*_____