**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DESKTOP METAL, INC., <br><br> *Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> MARKFORGED, INC. AND MATIU PARANGI, <br><br> *Defendants and Counterclaim Plaintiff (Markforged, Inc.),* <br><br> v. <br><br> RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, <br><br> *Third-Party Defendants.* | Civil Action No. 1:18-CV-10524-WGY |

**MEMORANDUM OF LAW IN SUPPORT OF MARKFORGED, INC.'S MOTION FOR THE ISSUANCE OF ADDENDUM TO LETTER OF REQUEST TO OBTAIN EVIDENCE IN ISRAEL UNDER THE HAGUE EVIDENCE CONVENTION**

## PRELIMINARY STATEMENT

Defendant/Counterclaim Plaintiff Markforged, Inc. ("Markforged") respectfully requests the Court grant Markforged's Motion for the Issuance of Addendum to Request For International Judicial Assistance Pursuant To The Hague Convention Of 18 March 1970 On Taking Of Evidence Abroad In Civil Or Commercial Matters ("Motion"), which is necessary to expedite obtaining the highly relevant evidence from XJet Ltd. ("XJet").  Markforged's Addendum to the Court's issued Letter of Request (Dkt. No. 72) provides a list of the specific witnesses and addresses for these witnesses as well as requests the Israeli court appoint a private attorney, Mr. Eric Sherby, to assist in the gathering of the highly relevant evidence.  Mr. Sherby has been appointed to oversee Israeli discovery in other district court cases, including at the request of the U.S. Securities and Exchange Commission.  Markforged respectfully requests that the Court grant Markforged's Motion because the appointing of a private attorney will expedite the requested discovery on XJet's products, and its public use of those products, which directly bears on issues required to be determined in this case.

## BACKGROUND

On March 19, 2018, Desktop Metal sued Markforged, alleging, *inter alia*, that Markforged purportedly infringes Desktop Metal's U.S. Patent Nos. 9,815,118 and 9,833,839.  Dkt. No. 1 at ¶¶ 26-53.  Markforged asserts, *inter alia*, that U.S. Patent Nos. 9,815,118 and 9,833,839 are invalid. (Dkt. No. 45 at 17.)

In preparing its invalidity defense, Markforged has identified XJet's 3D printers and fabrication processes, including XJet's CARMEL printers (as described in XJet's international application published under the Patent Cooperation Treaty International Publication No. WO 2015/056230 A1), as highly relevant to Markforged's invalidity defense.  XJet's 3D printers and

XJet's use of those printers in public are highly relevant as prior art. XJet's use of these printers discloses all of the elements of the asserted claims of Desktop Metal's asserted patents.

On May 3, 2018, the Court granted Makrforged's Motion for Issuance of a Letter of Request on XJet. (Dkt. No. 71.) On the same day, the Court issued the Letter of Request on XJet. (Dkt. No. 72.) Fact discovery in this case is ongoing and is scheduled to be completed by May 25, 2018. Opening expert reports—including Markforged's expert report on invalidity—are due May 29, 2018. Accordingly, Markforged needs to expeditiously obtain this critical discovery from XJet to fully and fairly develop its invalidity assertions before May 25, 2018. Thus, Markforged requests the Court issue an Addendum to the Letter of Request adding the specific names and addresses of the relevant witnesses for XJet and requesting the appointing of a private attorney to assist in obtaining the requested evidence in Israel.

### **MARKFORGED'S ADDENDUM TO THE LETTER OF REQUEST SHOULD ISSUE**

After the Court's issuance of the Markforged's Letter of Request, Markforged has been informed that, under Israel's Legal Assistance Among States Law 1998 (the "Assistance Statute"), an Israeli court may expedite the discovery process by appointing a private Israeli attorney to oversee the gathering of evidence, including preside over depositions, requested under the Hague Convention on Evidence. Such a private attorney assists the Israeli court(s) by summoning each witness, arranging deposition dates with the witnesses, coordinating the production of documents, coordinating with court reporters and videographers, and otherwise overseeing the depositions. The appointment of a private lawyer under the Assistance Statute is intended to ease the burden on the courts in Israel and help the parties conduct the depositions in a manner as close as possible to that permitted under the Federal Rules of Civil Procedure.

Additionally, a private lawyer in Israel can expeditiously seek enforcement from the Israeli

court (including an order to compel if necessary) of the Letter of Request, ensuring the evidence is obtained in a timely manner.

Markforged's Addendum to the Letter of Request seeks to have Mr. Eric Sherby appointed to preside over the depositions and obtaining of evidence sought in the Letter of Request (Dkt. No. 72.)  Mr. Sherby has been an attorney for over 29 years, including a member of the Israeli Bar for more than 24 years and serving as Vice Chair of the American Bar Association's International Litigation Committee.  Mr. Sherby has been appointed by Israeli courts to oversee the evidence-gathering process, pursuant to the Hague Convention on the Taking of Evidence Aboard in Civil or Commercial Matters, in eight cases involving discovery in Israel including cases involving U.S. patents.  *See, e.g., SEC v. Waldman*, Case No. 1:17-cv-02088-RMB, Dkt. No. 86 (S.D.N.Y. Feb. 7, 2018) (issuing SEC's addendum to letter of request appointing Mr. Sherby to preside over discovery); *Syneron Medical Ltd. v. Invasix, Inc.*, Case No. 8:16-cv-00143-DOC, Dkt. No. 46 (C.D. Cal. Nov. 2, 2016) (issuing letter of request appointing Mr. Sherby to preside over discovery); *Radware, Ltd. v. A10 Networks, Inc.*, Case No. 5:13-cv-02021-RMW, 2014 WL 631537, at *2-3 (N.D. Cal. Feb. 18, 2014) (issuing letter of request appointing Mr. Sherby to preside over discovery in patent case).  Section 12 in the Addendum contains a request from this Court that Mr. Sherby be appointed to preside over the depositions.  The appointment a private lawyer in Israel who has experience with patent litigation and with evidence-taking for use in the United States is likely to enable Markforged to obtain the highly relevant evidence from XJet within the current case schedule.

Markforged's Addendum also includes a list of the specific witnesses and addresses  for XJet, which will additionally expedite the enforcement of this Court's Letter of Request by expeditiously notifying all relevant individuals of the discovery request.

Thus, Markforged respectfully requests the Court issue Markforged's Addendum.

## **CONCLUSION**

For the foregoing reasons, Markforged's Motion should be granted and the Addendum to the Letter of Request annexed to the Motion as Exhibit A should be issued.

|  |  |
|---|---|
| Dated: May 9, 2018 | */s/ Harvey J. Wolkoff*<br>Harvey J. Wolkoff (BBO# 532880)<br>Patrick D. Curran (BBO# 568701)<br>Aliki Sofis (BBO# 675777)<br>Kaitlyn M. O'Connor (BBO# 687527)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>111 Huntington Avenue, Suite 520<br>Boston, MA 02199<br>Tel: (617) 712-7100<br>harveywolkoff@quinnemanuel.com<br>patrickcurran@quinnemanuel.com<br>alikisofis@quinnemanuel.com<br>kaitlynoconnor@quinnemanuel.com<br><br>Steven Cherny (*pro hac vice*)<br>Jeremy Baldoni (*pro hac vice*)<br>Brendan Carroll (*pro hac vice*)<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Tel: (212) 849-7000<br>stevencherny@quinnemanuel.com<br>jeremybaldoni@quinnemanuel.com<br>brendancarrollr@quinnemanuel.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record by email on May 9, 2018.

                                                  */s/Harvey J. Wolkoff*
                                                  Harvey J. Wolkoff