# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC., <br><br> *Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> MARKFORGED, INC. AND MATIU PARANGI, <br><br> *Defendants and Counterclaim Plaintiff (Markforged, Inc.),* <br><br> v. <br><br> RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, <br><br> *Third-Party Defendants.* | **Civil Action No. 1:18-CV-10524-WGY** |

## DEFENDANT MARKFORGED, INC.'S MOTION TO CONTINUE TRIAL AND ALL RELATED TRIAL DATES

Defendant and Counterclaim Plaintiff Markforged, Inc. ("Markforged") hereby moves pursuant to the Federal Rule of Civil Procedure 16(b) and Local Rule 40.3 for an Order to change the earliest date by which trial can commence in the above-captioned matter from July 9, 2018 until July 16, 2018, or a date thereafter as the Court's calendar permits. For reasons more fully explained in the attached Memorandum of Law, good cause exists for granting this motion because, due to a preexisting professional and family commitment, Markforged's preferred expert witness, Dr. Carolyn Seepersad, will be in Europe until July 13, 2018, and Plaintiff Desktop Metal, Inc. has otherwise virtually preempted this small field of experts by retaining at least ten experts that it has

so far disclosed. In light of the May 29, 2018 deadline for expert reports, Markforged respectfully requests that the Court provide guidance on this motion by Friday, May 18, 2018, if possible, so that expert preparations can continue expeditiously on the current schedule.

*Respectfully submitted,*

Dated: May 14, 2018

/s/ *Harvey J. Wolkoff*
Harvey J. Wolkoff (BBO# 532880)
Patrick D. Curran (BBO# 568701)
Aliki Sofis (BBO# 675777)
Kaitlyn M. O'Connor (BBO# 687527)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
patrickcurran@quinnemanuel.com
alikisofis@quinnemanuel.com
kaitoconnor@quinnemanuel.com

Steven Cherny (*pro hac vice*)
James Baker (*pro hac vice*)
Elinor Sutton (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
Brendan Carroll (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stevencherny@quinnemanuel.com
jamesbaker@quinnemanuel.com
elinorsutton@quinnemanuel.com
jeremybaldoni@quinnemanuel.com
brendancarroll@quinnemanuel.com

*Attorneys for Markforged, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record on May 14, 2018.

/s/ *Aliki Sofis*

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Markforged, Inc. has complied with the provisions of Local Rule 7.1 by meeting and conferring with counsel for Ricardo Fulop, Jonah Myerberg, Boston Impact, LLC and Amy Buntel on May 10, 2018.  The parties were unable to agree with respect to the issues raised in the Motion and are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ *Aliki Sofis*