**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DESKTOP METAL, INC., <br><br> *Plaintiff and Counterclaim Defendant,* <br><br> v. <br><br> MARKFORGED, INC. AND MATIU PARANGI, <br><br> *Defendants and Counterclaim Plaintiff (Markforged, Inc.),* <br><br> v. <br><br> RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, <br><br> *Third-Party Defendants.* | **Civil Action No. 1:18-CV-10524-WGY** |

## DEFENDANTS MARKFORGED, INC. AND MATIU PARANGI'S MOTION FOR A JUDGMENT ON THE PLEADINGS

Defendant and Counterclaim Plaintiff Markforged, Inc. ("Markforged") and Defendant Matiu Parangi hereby move for a judgment on the pleadings pursuant to the Federal Rule of Civil Procedure 12(c) and this Court's April 25 and May 3, 2018 orders. For reasons more fully explained in the attached Memorandum of Law, Markforged and Mr. Parangi move for a judgment on the pleadings as to Counts III and IV of Plaintiff and Counterclaim Defendant Desktop Metal, Inc.'s ("Desktop Metal") Complaint, and as to Desktop Metal's Statement of Identification of Trade Secrets, dated April 20, 2018.

1

By filing this motion, Markforged and Mr. Parangi do not waive any right, claim, or other defense, all of which are expressly preserved.

*Respectfully submitted,*

| | |
|---|---|
| Dated: May 18, 2018 | /s/ *Harvey J. Wolkoff* <br> Harvey J. Wolkoff (BBO# 532880) <br> Patrick D. Curran (BBO# 568701) <br> Aliki Sofis (BBO# 675777) <br> Kaitlyn M. O'Connor (BBO# 687527) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 111 Huntington Avenue, Suite 520 <br> Boston, MA 02199 <br> Tel: (617) 712-7100 <br> harveywolkoff@quinnemanuel.com <br> patrickcurran@quinnemanuel.com <br> alikisofis@quinnemanuel.com <br> kaitoconnor@quinnemanuel.com <br><br> Steven Cherny (*pro hac vice*) <br> James Baker (*pro hac vice*) <br> Elinor Sutton (*pro hac vice*) <br> Jeremy Baldoni (*pro hac vice*) <br> Brendan Carroll (*pro hac vice*) <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 51 Madison Avenue, 22nd Floor <br> New York, NY 10010 <br> Tel: (212) 849-7000 <br> stevencherny@quinnemanuel.com <br> jamesbaker@quinnemanuel.com <br> elinorsutton@quinnemanuel.com <br> jeremybaldoni@quinnemanuel.com <br> brendancarroll@quinnemanuel.com <br><br> *Attorneys for Markforged, Inc.* <br><br> /s/ *Eric G. J. Kaviar* <br> Howard J. Susser (BBO # 636183) <br> Laura L. Carroll (BBO# 076180) <br> Eric G. J. Kaviar (BBO # 670833) <br> BURNS & LEVINSON LLP <br> 125 Summer Street <br> Boston, MA 02110 <br> (617) 345-3000 <br> hsusser@burnslev.com <br> lcarroll@burnslev.com <br> ekaviar@burnslev.com <br><br> *Attorneys for Matiu Parangi.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record on May 19, 2018.

/s/ *Aliki Sofis*

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Markforged, Inc. has complied with the provisions of Local Rule 7.1 by meeting and conferring with counsel for Desktop Metal on May 18, 2018. The parties were unable to agree with respect to the issues raised in the Motion and are thus at an impasse and require the Court's assistance to resolve the dispute.

/s/ *Aliki Sofis*