# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DESKTOP METAL, INC., | ) | |
| | ) | |
| *Plaintiff and Counterclaim Defendant*, | ) ) ) | No. 1:18-cv-10524-WGY |
| | ) | |
| v. | ) | |
| | ) | |
| MARKFORGED, INC. and MATIU PARANGI, | ) ) | |
| *Defendants and Counterclaim Plaintiff (Markforged, Inc.)*, | ) ) ) | |
| v. | ) ) | |
| RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, | ) ) ) | |
| *Third-Party Defendants.* | ) ) | |

**PLAINTIFF DESKTOP METAL, INC.'S EMERGENCY MOTION
TO QUASH OR MODIFY THE TRIAL SUBPOENA TO MIKE GIBSON**

Plaintiff Desktop Metal, Inc. ("Desktop Metal") respectfully submits this Emergency Motion to Quash or Modify the Trial Subpoena to Mike Gibson.  Defendant Markforged, Inc. ("Markforged") asked Desktop Metal on the evening of July 9, 2018 to accept service of a Rule 45 subpoena issued to Desktop Metal's employee, Dr. Gibson, which commands him to appear at trial two court days later on July 12 at 9:00 am, despite having provided no prior notice that Markforged intended to call Dr. Gibson to testify in its direct invalidity case.  This sort of sandbagging and gamesmanship should be prohibited—this is a not a trial by ambush.

As grounds for and in support of this motion, Desktop Metal relies on and incorporates fully herein the Memorandum in Support of the Emergency Motion to Quash or Modify the Trial Subpoena to Mike Gibson.

WHEREFORE, Desktop Metal respectfully requests that this Court, pursuant to Fed. R. Civ. P. 45(d)(3)(A)(i) and its inherent discretion, grant this motion and quash or modify the subpoena.

Dated:  July 10, 2018                                              Respectfully submitted,

                                                                                    LATHAM & WATKINS LLP

                                                                                    /s/ *William J. Trach*
                                                                                    William J. Trach (Bar No. 661401)
                                                                                    Charles H. Sanders (Bar No. 646740)
                                                                                    Christopher Henry (Bar No. 676033)
                                                                                    Nathanial J. McPherson (Bar No. 697666)
                                                                                    LATHAM & WATKINS LLP
                                                                                    200 Clarendon Street, Floor 27
                                                                                    Boston, MA 02116
                                                                                    T: (617) 948-6000; F: (617) 948-6001
                                                                                    charles.sanders@lw.com
                                                                                    william.trach@lw.com
                                                                                    christopher.henry@lw.com
                                                                                    nathanial.mcpherson@lw.com

Adam M. Greenfield (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
T: (202) 637-2200; F: (202) 637-2201
adam.greenfield@lw.com

Gabriel S. Gross (pro hac vice)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
T: (650) 328-4600; F: (650) 463-2600
gabe.gross@lw.com

Elizabeth R. Marks (pro hac vice)
Matthew Salerno (pro hac vice)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
T: (212) 906-1200; F: (212) 751-4864
betsy.marks@lw.com
matthew.salerno@lw.com

ATTORNEYS FOR PLAINTIFF
AND COUNTERCLAIM DEFENDANT
DESKTOP METAL, INC.

## **LOCAL RULE 7.1 CERTIFICATION**

I certify that Desktop Metal has complied with the provisions of LR 7.1 by attempting to meet and confer with counsel for Markforged on July 10, 2018.  Markforged does not consent to this motion.

/s/ *William J. Trach*
William J. Trach

ATTORNEY FOR PLAINTIFF
AND COUNTERCLAIM DEFENDANT
DESKTOP METAL, INC.

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 10, 2018.

/s/ *William J. Trach*
William J. Trach

ATTORNEY FOR PLAINTIFF
AND COUNTERCLAIM DEFENDANT
DESKTOP METAL, INC.