**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DESKTOP METAL, INC., <br>     *Plaintiff and Counterclaim Defendant*, <br> v. <br> MARKFORGED, INC. AND MATIU PARANGI, <br>     *Defendants and Counterclaim Plaintiff (Markforged, Inc.)*, <br> v. <br> RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL, <br>     *Third-Party Defendants.* | Civil Action No. 1:18-CV-10524-WGY |

**MEMORANDUM IN SUPPORT OF MARKFORGED'S MOTION FOR A CONTINUANCE OF THE TRIAL SCHEDULED TO BEGIN JULY 10, 2018**

During the July 3 hearing, Markforged made an oral motion for a continuance to allow for examinations of witnesses in Israel relating to prior art from the company X-Jet, pursuant to the letters rogatory issued by this Court (Dkt. 326). On the morning of July 10, 2018, the Helsingborg District Court in Sweden responded with respect to the letters rogatory issued by this Court concerning the Swedish company Digital Metal AB ("Digital Metal") (Dkt. 234). The Helsingborg District Court informed Markforged that it would be handling Markforged's request for the depositions of Digital Metal employees Ralf Carlström, Hans Kimblad and Mark Braithwaite, and identified August 20, 21, or 31, 2018, as suitable dates for examinations of these witnesses. Ex.

A. The Helsingborg District Court also notified Markforged that the Gothernburg District Court will be handling Markforged's request with respect to a fourth Digital Metal employee, Urban Harrysson. *Id.* Because these witnesses and their knowledge of Digital Metal prior art are critical to the issues of patent validity in this case, Markforged respectfully requests that the Court continue the trial date until after those examinations are completed.

| | |
|---|---|
| Dated: July 10, 2018 | */s/ Harvey J. Wolkoff* |

Harvey J. Wolkoff (BBO# 532880)
Patrick D. Curran (BBO# 568701)
Aliki Sofis (BBO# 675777)
Kaitlyn M. O'Connor (BBO# 687527)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
patrickcurran@quinnemanuel.com
alikisofis@quinnemanuel.com
kaitlynoconnor@quinnemanuel.com

Steven Cherny (*pro hac vice*)
Edward J. DeFranco (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
Brendan Carroll (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stevencherny@quinnemanuel.com
jeremybaldoni@quinnemanuel.com
brendancarrollr@quinnemanuel.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record by email on July 10, 2018.

                                                                        */s/ Harvey J. Wolkoff*
                                                                        Harvey J. Wolkoff