7/27/2018
10:25 AM

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| DESKTOP METAL, INC., | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) No. 18-10524-WGY |
| MARKFORGED, INC., | ) |
| Defendant. | ) |

JURY VERDICT

**Question 1: '118 Patent.** With respect to the claims in the '118 Patent (answer "yes" or "no" in each box"):

| | Validity | | | Infringed? | |
|---|---|---|---|---|---|
| | Anticipated? | Obvious? | Indefinite? | Direct? | Indirect? |
| Claim 1 | No | No | No | No | No |
| Claim 2 | No | No | No | No | No |
| Claim 3 | No | No | No | No | No |
| Claim 4 | No | No | No | No | No |
| Claim 10 | No | No | No | No | No |
| Claim 11 | No | No | No | No | No |
| Claim 12 | No | No | No | No | No |
| Claim 13 | No | No | No | No | No |
| Claim 14 | No | No | No | No | No |
| Claim 17 | No | No | No | No | No |
| Claim 24 | No | No | No | No | No |

**Question 2: '839 Patent.** With respect to the claims in the '839 Patent (answer "yes" or "no" in each box"):

|  | Validity | | | Infringed? | |
| --- | --- | --- | --- | --- | --- |
|  | Anticipated? | Obvious? | Indefinite? | Direct? | Indirect? |
| Claim 1 | No | No | No | No | No |
| Claim 2 | No | No | No | No | No |
| Claim 3 | No | No | No | No | No |
| Claim 5 | No | No | No | No | No |
| Claim 10 | No | No | No | No | No |
| Claim 16 | No | No | No | No | No |
| Claim 17 | No | No | No | No | No |
| Claim 18 | No | No | No | No | No |
| Claim 20 | No | No | No | No | No |
| Claim 21 | No | No | No | No | No |
| Claim 23 | No | No | No | No | No |

**Question 3: Willful Infringement.** If you find that Markforged infringed one or more of the claims in either patent, was the infringement willful? Answer "yes" or "no."

Answer: __No__

**Question 4:** If you find that Markforged infringed one or more of the valid claims in either patent, what amount of money damages (in U.S. dollars) for lost profits do you award to Desktop Metal?

Damages: $ 0.

_____
Forelady

Date: 7/27/18