## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC.,    ) | |
|    ) | |
|    ) | |
| *Plaintiff and*    ) | |
| *Counterclaim Defendant,*    ) | |
|    ) | |
| v.    ) | |
|    ) | |
| MARKFORGED, INC. AND MATIU    ) | Civil Action No. 1:18-CV-10524-WGY |
| PARANGI,    ) | |
|    ) | |
| *Defendants and*    ) | |
| *Counterclaim Plaintiff*    ) | |
| *(Markforged, Inc.),*    ) | |
|    ) | |
| v.    ) | |
|    ) | |
| RICARDO FULOP, JONAH MYERBERG,    ) | |
| BOSTON IMPACT LLC, and AMY BUNTEL,    ) | |
|    ) | |
| *Third-Party Defendants.*    ) | |
|    ) | |

## DECLARATION OF JAMES E. BAKER IN SUPPORT OF
## MARKFORGED'S AND MATIU PARANGI'S MOTION FOR SUMMARY JUDGMENT
## ON DESKTOP METAL'S TRADE SECRET CLAIMS

I, James E. Baker, an attorney admitted to practice *pro hac vice* before the United States

District Court for the District of Massachusetts, declare under penalty of perjury, pursuant to 29

U.S.C. § 1746, that:

1.      I am a Partner of the firm Quinn Emanuel Urquhart & Sullivan LLP, attorneys for

Defendant Markforged, Inc., in the above-captioned litigation.  I am fully familiar with all of the

facts set forth herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of cited excerpts of the transcript of the April 12, 2018 hearing.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Desktop Metal, Inc.'s May 25, 2018, First Supplemental Statement of Identification of Trade Secrets.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of cited excerpts of the transcript of the June 13, 2018 hearing.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of cited excerpts of the Expert Rebuttal Report of Dr. Joseph Strauss.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of cited excerpts of the transcript of the July 19, 2018 trial.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of cited excerpts of the transcript of the July 12, 2018 trial.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of cited excerpts of the transcript of the May 25, 2018 deposition of Ric Fulop.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of cited excerpts of the transcript of the May 22, 2018 deposition of Amy Buntel.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of cited excerpts of the transcript of the June 1, 2018 deposition of Matiu Parangi.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of cited excerpts of the transcript of the May 21, 2018 deposition of Matthew Verminski.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of cited excerpts of the transcript of the May 30, 2018 deposition of Abraham Parangi.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of cited excerpts of the transcript of the June 5, 2018 deposition of Ronald Peterson.

14.     Attached hereto as **Exhibit 13** is a true and correct copy of cited excerpts of the transcript of the June 28, 2018 deposition of Dr. Joseph Strauss.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of cited excerpts of the transcript of the May 25, 2018 deposition of Gregory Mark.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of cited excerpts of the transcript of the May 24, 2018 deposition of Rick Woodruff.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of a Slack communication produced by Desktop Metal, Inc., Bates Numbered SLACK_DM_00000068.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an email communication produced by Desktop Metal, Inc., Bates Numbered DM_00044256.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of the purported Download Report produced by Desktop Metal, Inc., Bates Numbered DM_00044257.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of U.S. Patent No. 9,815,118, Bates Numbered DM_00000001.

21.     Attached hereto as **Exhibit 20** is a true and correct copy of cited excerpts of Desktop Metal's May 26, 2018 Second Amended Responses to Markforged's First Set of Interrogatories.

22.     Attached hereto as **Exhibit 21** is a true and correct copy of Desktop Metal's June 15, 2018 Discovery Letter.

23.     Attached hereto as **Exhibit 22** is a true and correct copy of emails produced by Ryer, Inc., Bates Numbered RYER-00001402.

3

24.     Attached hereto as **Exhibit 23** is a true and correct copy of invoices produced by Ryer, Inc., Bates Numbered RYER-00000001.

25.     Attached hereto as **Exhibit 24** is a true and correct copy of the Markforged Metal X printer specifications produced by Markforged, Inc., Bates Numbered MF01104648.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of an email communication produced by Markforged, Inc., Bates Numbered MF00073396.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of an internal document titled "Peltier Evaluation" produced by Markforged, Inc., Bates Numbered MF00827667.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of an email communication produced by Markforged, Inc., Bates Numbered MF00013025.

29.     Attached hereto as **Exhibit 28** is a true and correct copy of an email communication produced by Markforged, Inc., Bates Numbered MF00016455.

30.     Attached hereto as **Exhibit 29** is a true and correct copy of U.S. Patent No. 6,869,559, Bates Numbered MF01449244.

31.     Attached hereto as **Exhibit 30** is a true and correct copy of U.S. Patent Application Publication No. 2014/0271961 A1, Bates Numbered MF01447373.

32.     Attached hereto as **Exhibit 31** is a true and correct copy of an email communication produced by Markforged, Inc., Bates Numbered MF00127779.

33.     Attached hereto as **Exhibit 32** is a true and correct copy of cited excerpts of Heaney, Donald F., ed. "Handbook of Metal Injection Molding" (2012), Bates Numbered MF01445868.

34.     Attached hereto as **Exhibit 33** is a true and correct copy of cited excerpts of German & Bose, "Injection Molding of Metals and Ceramics" (1997), Bates Numbered MF01443745.

35.    Attached hereto as **Exhibit 34** is a true and correct copy of MIT Technology Review, "The 3-D Printer That Could Finally Change Manufacturing," April 25, 2017, available at        https://www.technologyreview.com/s/604088/the-3-d-printer-that-could-finally-change-manufacturing/.

36.    Attached hereto as **Exhibit 35** is a true and correct copy of 3DPrint.com, "Latest E3D Releases Focus on Water-Cooled 3D Printing," December 22, 2017, available at https://3dprint.com/198200/titan-aqua-hotend-water-cooling/.

37.    Attached hereto as **Exhibit 36** is a true and correct copy of Lifehacker, "What To Do When Your Water Cooling Leaks Inside Your PC," December 3, 2013, available at https://lifehacker.com/what-to-do-when-your-water-cooling-leaks-inside-your-pc-1475187833.

38.    Attached hereto as **Exhibit 37** is a true and correct copy of Tech Crunch, "Collider 3D printers can make shiny metal objects on demand," May 15, 2017, available at https://techcrunch.com/2017/05/15/collider-3d-printers-can-make-shiny-metal-objects-on-demand/.

Executed on:   August 31, 2018
               Boston, MA

                                          _/s/ James E. Baker_____
                                          James E. Baker

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record on August 31, 2018.

*/s/ James E. Baker*
James E. Baker