**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| DESKTOP METAL, INC.,<br><br>*Plaintiff and Counterclaim Defendant*,<br><br>v.<br><br>MARKFORGED, INC. and MATIU PARANGI,<br><br>*Defendants and Counterclaim Plaintiff (Markforged, Inc.)*<br><br>v.<br><br>RICARDO FULOP, JONAH MYERBERG, BOSTON IMPACT LLC, and AMY BUNTEL,<br><br>*Third-Party Defendants.* | No. 1:18-cv-10524-WGY |

**DECLARATION OF CHARLES H. SANDERS IN SUPPORT OF PLAINTIFF AND COUNTERCLAIM DEFENDANT DESKTOP METAL INC.'S AND THIRD-PARTY DEFENDANT RICARDO FULOP'S MOTION FOR SUMMARY JUDGMENT ON DEFENDANT AND COUNTERCLAIM PLAINTIFF MARKFORGED INC.'S FIDUCIARY DUTY CLAIMS**

I, Charles H. Sanders, an attorney admitted to practice before the United States District Court for the District of Massachusetts, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm of Latham & Watkins, 200 Clarendon Street, Boston, Massachusetts, 02116, attorneys for Plaintiff and Counterclaim Defendant Desktop Metal, Inc. ("Desktop Metal") and Third-Party Defendant Mr. Ricardo Fulop, and a member

in good standing of the bar of the State of Massachusetts.

2. I entered my Notice of Appearance for the above-captioned matter on March 19, 2018.

3. I submit this declaration in further support of Desktop Metal's and Mr. Fulop's Motion for Summary Judgment on Defendant and Counterclaim Plaintiff Markforged, Inc.'s ("Markforged") fiduciary duty claims.

4. Attached hereto as Exhibit A is a true and correct copy of excerpts of the transcript of Ric Fulop's deposition on May 25, 2018.

5. Attached hereto as Exhibit B is a true and correct copy of a Desktop Metal's Investor Presentation from 2015, Bates Numbered DM_00768675 – DM_00768691.

6. Attached hereto as Exhibit C is a true and correct copy of an excerpt of Markforged's Unanimous Written Consent in Lieu of Meeting of Board Directors dated June 17, 2013, Bates Numbered FULOP_00000087 – FULOP_00000092.

7. Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of Greg Mark's deposition on May 22, 2018.

8. Attached hereto as Exhibit E is a true and correct copy of an e-mail communication from Ric Fulop to North Bridge Venture Partners dated June 4, 2013, Bates Numbered NB00019730.

9. Attached hereto as Exhibit G is a true and correct copy of an e-mail communication between Ric Fulop and Jan van Dokkum dated June 18, 2014, Bates Numbered FULOP_00000250.

10. Attached hereto as Exhibit H is a true and correct copy of an e-mail communication between Ric Fulop and Todd McSweeney dated June 20, 2014, Bates

Numbered FULOP_00000251.

11. Attached hereto as Exhibit I is a true and correct copy of an e-mail communication between Ric Fulop, Yet-Ming Chiang, Christopher A. Schuh, and Antonio Rodriguez dated January 23 through January 26, 2014, Bates Numbered MF01027063 – MF01027065.

12. Attached hereto as Exhibit J is a true and correct copy of a calendar invite from Ric Fulop to Antonio Rodriguez and Yet-Ming Chiang dated August 5, 2014, Bates Numbered NB00029282.

13. Attached hereto as Exhibit K is a true and correct copy of an e-mail communication between Antonio Rodriguez and Andrew Verhalen dated August 15 through August 20, 2014, Bates Numbered MATRIX00002967.

14. Attached hereto as Exhibit L is a true and correct copy of an e-mail communication between Antonio Rodriguez and Alfonso Perez dated December 17, 2015, Bates Numbered MATRIX00001310 – MATRIX00001311.

15. Attached hereto as Exhibit M is a true and correct copy of an e-mail communication between Ric Fulop and Greg Mark dated September 3 through September 4, 2015, Bates Numbered FULOP_00010152 – FULOP_00010153.

16. Attached hereto as Exhibit N is a true and correct copy of an e-mail communication between Ric Fulop and Greg Mark dated September 15 through September 17, 2015, Bates Numbered MF00017924 – MF00017928.

17. Attached hereto as Exhibit O is a true and correct copy of an e-mail communication between Ric Fulop and Greg Mark dated January 23, 2014, Bates Numbered NB00002193.

18. Attached hereto as Exhibit P is a true and correct copy of an e-mail communication between Ric Fulop and Greg Mark dated September 15, 2014, Bates Numbered MF00020013 – MF00020014.

19. Attached hereto as Exhibit Q is a true and correct copy of an e-mail communication between Ric Fulop and Greg Mark dated January 21, 2015, Bates Numbered MF01024989 – MF01024991.

20. Attached hereto as Exhibit R is a true and correct copy of an e-mail communication from Greg Mark to Antonio Rodriguez dated February 21, 2015, Bates Numbered MF00019121.

21. Attached hereto as Exhibit S is a true and correct copy of an e-mail communication between Greg Mark and David Page dated September 30, 2015, Bates Numbered MF00017600 – MF00017601.

22. Attached hereto as Exhibit T is a true and correct copy of an e-mail communication between Greg Mark and Antonio Rodriguez dated October 28, 2016, Bates Numbered MF00015577.

23. Attached hereto as Exhibit U is a true and correct copy of an e-mail communication between Antonio Rodriguez and Stan Reiss dated September 10, 2015, Bates Numbered MATRIX00006395.

24. Attached hereto as Exhibit V is a true and correct copy of an e-mail communication from Mark Kesic to Greg Mark and Antonio Rodriguez dated February 17, 2015, Bates Numbered MATRIX00003705.

25. Attached hereto as Exhibit W is a true and correct copy of an e-mail communication between Ric Fulop and Greg Mark dated April 8 through April 9, 2015, Bates

Numbered MF00018865.

26. Attached hereto as Exhibit X is a true and correct copy of an e-mail communication from Mark Kesic to Greg Mark and Antonio Rodriguez dated April 2, 2015, Bates Numbered MF00018887.

27. Attached hereto as Exhibit Y is a true and correct copy of an e-mail communication between Ric Fulop and Antonio Rodriguez dated April 10, 2015, Bates Numbered FULOP_00000265.

28. Attached hereto as Exhibit Z is a true and correct copy of an e-mail communication from Mark Kesic to Greg Mark, Clark Martin, and Jon Chin dated May 11, 2015, Bates Numbered MF01212276.

29. Attached hereto as Exhibit AA is a true and correct copy of an e-mail communication between Rick Chin and Greg Mark dated June 17 through June 18, 2015, Bates Numbered MF00018400 – MF00018401.

30. Attached hereto as Exhibit AB is a true and correct copy of an e-mail communication between Ric Fulop, Rick Chin, and Johan Myerberg dated August 3 through August 4, 2015, Bates Numbered NB00045541 – NB00045542.

31. Attached hereto as Exhibit AC is a true and correct copy of an e-mail communication from Ric Fulop to Yet-Ming Chiang and Jonah Myerberg dated August 19, 2015, Bates Numbered MF01027077.

32. Attached hereto as Exhibit AD is a true and correct copy of an e-mail communication between Mick Mountz, Ric Fulop, Matt Verminski, and Jonah Myerberg dated September 11 through September 29, 2015, Bates Numbered FULOP_00017768 – FULOP_00017770.

33. Attached hereto as Exhibit AE is a true and correct copy of an e-mail communication between Ric Fulop, Matt Verminski, Mick Mountz, and Thomas Casparis dated October 22, 2015, Bates Numbered FULOP_00018187.

34. Attached hereto as Exhibit AF is a true and correct copy of an e-mail communication between Mark Kesic and Greg Mark dated October 28, 2015, Bates Numbered MF00017820 – MF00017822.

35. Attached hereto as Exhibit AG is a true and correct copy of excerpts of the transcript of Yet-Ming Chiang's deposition on May 29, 2018.

36. Attached hereto as Exhibit AH is a true and correct copy of an e-mail communication between Greg Mark and Ric Fulop dated September 11 through September 14, 2014, Bates Numbered MATRIX_00005929.

37. Attached hereto as Exhibit AI is a true and correct copy of excerpts of the transcript of John A. Hart's deposition on May 25, 2018.

38. Attached hereto as Exhibit AJ is a true and correct copy of Desktop Metal's Certificate of Incorporation dated August 25, 2015, Bates Numbered DM_00769302 – DM_00769308.

39. Attached hereto as Exhibit AK is a true and correct copy of Desktop Metal's Provisional Application No. 62/322,760, titled "Additive Manufacturing with MIM Materials," filed on April 14, 2016, Bates Numbered DM_00010173 – DM_000101277.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September 2018 in Boston, Massachusetts.

Dated: September 5, 2018

Respectfully submitted,

/s/ *Charles H. Sanders*

Charles H. Sanders, Bar No. 646740
William J. Trach, Bar No. 661401
LATHAM & WATKINS LLP
200 Clarendon Street, Floor 27
Boston, MA 02116
T: (617) 948-6000; F: (617) 948-6001
charles.sanders@lw.com
william.trach@lw.com

Maximilian A. Grant (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, N.W., Suite 1000
Washington, DC 20004
T: (202) 637-2200; F: (202) 637-2201
max.grant@lw.com

Ron E. Shulman (*pro hac vice*)
LATHAM & WATKINS LLP
140 Scott Drive Menlo Park, CA 94025
T: (650) 328-4600; F: (650) 463-2600
ron.shulman@lw.com

David K. Callahan (*pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
T: (312) 876-7700; F: (312) 993-9767
david.callahan@lw.com

Joseph Serino, Jr. (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
T: (212) 906-1200; F: (212) 751-4864
joseph.serino@lw.com

Lynne C. Hermle (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025

Tel: (650) 614-7400
lchermle@orrick.com

Robert S. Shwarts (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
Tel: (415) 773-5700
rshwarts@orrick.com

ATTORNEYS FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT DESKTOP METAL AND THIRD-PARTY DEFENDANT RICARDO FULOP

**CERTIFICATE OF SERVICE**

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 5, 2018.

/s/ *Charles H. Sanders*
Charles H. Sanders