# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC., <br><br>      Plaintiff and Counterclaim Defendant, <br><br>      v. <br><br>MARKFORGED, INC. AND MATIU PARANGI, <br><br>      Defendants and Counterclaim Plaintiff (Markforged, Inc.), <br><br>      v. <br><br>RICARDO FULOP, <br><br>      Third-Party Defendant. | No. 1:18-cv-10524-WGY |

**MARKFORGED, INC.'S IDENTIFICATION OF**
**TRADE SECRETS FOR SEPTEMBER TRIAL**

Pursuant to the Court's instruction during the parties' final pre-trial conference on September 6, 2018, Defendant and Counterclaim Plaintiff Markforged, Inc. ("Markforged") hereby identifies the following trade secrets that it will assert at the trial set to begin on September 24, 2018, as numbered in Markforged's First Supplemental Statement of Identification of Trade Secrets, dated May 9, 2018 (Dkt. No. 141): 1-9, 30-31, 47-48, and 52.

                                                                                 Respectfully submitted,

Dated: September 12, 2018                       /s/ *Harvey J. Wolkoff*

                                                                                  Harvey J. Wolkoff (BBO# 532880)
William Weinreb (BBO# 557826)
Patrick D. Curran (BBO# 568701)
Aliki Sofis (BBO# 675777)
Kaitlyn M. O'Connor (BBO# 687527)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
harveywolkoff@quinnemanuel.com
williamweinreb@quinnemanuel.com
patrickcurran@quinnemanuel.com
alikisofis@quinnemanuel.com
kaitlynoconnor@quinnemanuel.com

Steven Cherny (*pro hac vice*)
Ed DeFranco (*pro hac vice*)
James Baker (*pro hac vice*)
Elinor Sutton (*pro hac vice*)
Brian F. Shaughnessy (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stevencherny@quinnemanuel.com
eddefranco@quinnemanuel.com
jamesbaker@quinnemanuel.com
elinorsutton@quinnemanuel.com
brianshaugnessy@quinnemanuel.com
jeremybaldoni@quinnemanuel.com

*Attorneys for Defendant and Counterclaim Plaintiff Markforged, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon attorneys of record by ECF on September 12, 2018.

>                                                               /s/ *Brian F. Shaughnessy*
>                                                               Brian F. Shaughnessy