UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DESKTOP METAL, INC., <br><br> *Plaintiff and Counterclaim Defendant*, <br><br> v. <br><br> MARKFORGED, INC. and MATIU PARANGI, <br><br> *Defendants and Counterclaim Plaintiff (Markforged, Inc.)*, <br><br> v. <br><br> RICARDO FULOP, <br><br> *Third-Party Defendant.* | No. 1:18-cv-10524-WGY |

## **STIPULATION OF DISMISSAL**

Desktop Metal, Inc., Markforged, Inc., Matiu Parangi and Ricardo Fulop hereby stipulate and agree that the above action shall be dismissed with prejudice.

///

///

///

///

///

///

///

///

Dated: October 29, 2018                               Respectfully submitted,

| /s/ Lynne C. Hermle | /s/ Harvey J. Wolkoff | /s/ Daniel V. Ward |
|---|---|---|
| Lynne C. Hermle (*pro hac vice*) ORRICK, HERRINGTON & SUTCLIFFE LLP 1000 Marsh Road Menlo Park, CA 94025 Tel: (650) 614-7400 lchermle@orrick.com | Harvey J. Wolkoff (BBO# 532880) William Weinreb (BBO# 557826) Patrick D. Curran (BBO# 568701) Aliki Sofis (BBO# 675777) Kaitlyn M. O'Connor (BBO# 687527) QUINN EMANUEL URQUHART & SULLIVAN, LLP 111 Huntington Avenue, Suite 520 Boston, MA 02199 Tel: (617) 712-7100 harveywolkoff@quinnemanuel.com williamweinreb@quinnemanuel.com patrickcurran@quinnemanuel.com alikisofis@quinnemanuel.com kaitlynoconnor@quinnemanuel.com | Daniel V. Ward (BBO# 667158) Kathryn E. Caldwell (BBO# 682089) ROPES & GRAY LLP Prudential Tower 800 Boylston Street Boston, MA 02199-3600 Tel: (617) 951-7000 daniel.ward@ropesgray.com kathryn.caldwell@ropesgray.com *Attorneys for Matiu Parangi* |
| Robert S. Shwarts (*pro hac vice*) ORRICK, HERRINGTON & SUTCLIFFE LLP 405 Howard Street San Francisco, CA 94105 Tel: (415) 773-5700 rshwarts@orrick.com | | |
| Angela Colt (*pro hac vice*) Leena Charlton (*pro hac vice*) ORRICK, HERRINGTON & SUTCLIFFE LLP 51 West 52nd Street New York, NY 10019-6142 Tel: (212) 506-5000 acolt@orrick.com lcharlton@orrick.com | Steven Cherny (*pro hac vice*) Ed DeFranco (*pro hac vice*) James Baker (*pro hac vice*) Elinor Sutton (*pro hac vice*) | |
| *Attorneys for Desktop Metal, Inc. and Ricardo Fulop* | | |

Brian F. Shaughnessy (*pro hac vice*)
Jeremy Baldoni (*pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Tel: (212) 849-7000
stevencherny@quinnemanuel.com
eddefranco@quinnemanuel.com
jamesbaker@quinnemanuel.com
elinorsutton@quinnemanuel.com
brianshaugnessy@quinnemanuel.com
jeremybaldoni@quinnemanuel.com

*Attorneys for Markforged, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon attorneys of record on October 29, 2018.

/s/ Lynne C. Hermle